UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**Juan Salcedo Tumbaco Malave**,      Case No. 24-CV-2404 (SRN/DLM)

Petitioner,

v.

**ORDER**

**United States of America**,

Respondent.

---

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Douglas L. Micko (Docket No. 9). No objections to the Report and Recommendation have been filed in the time period permitted by the Local Rules.

Accordingly, based on the foregoing and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Docket No. 9) is **ADOPTED**;

2. Petitioner Juan Salcedo Tumbaco Malave's Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 (Docket No. 1) is **DENIED**;

3. Petitioner's request to proceed in forma pauperis (Docket No. 1) is **DENIED AS MOOT**;

4. Petitioner's request for the appointment of an attorney (Docket No. 1) is **DENIED AS MOOT**; and

5. This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  Thursday, December 5, 2024   *s/ Susan Richard Nelson*
Susan Richard Nelson
United States District Judge